ORIGINAL

Martin J. Sweeney, Esq.
Tim D. Haggard, Esq.
Cozen O'Connor
1717 Main Street
Suite 2300
Dallas, Texas 75201
Telephone: 214-462-3000
Facsimile: 214-462-3299
msweeney@cozen.com
thaggard@cozen.com

Attorneys for Defendants
KEITH CAVEN and SNAPT, INC. f/n/a
as WEB RENT PRO, INC.,
a Florida corporation

# 16726



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

NOV 1 6 2007

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| ELLIPSE COMMUNICATIONS, INC., | : **3-07CV1922-N** |
| Plaintiff, | : Case No. _____ |
| v. | : |
| KEITH CAVEN and SNAPT, INC. f/n/a as WEB RENT PRO, INC., a Florida corporation, | : **NOTICE OF REMOVAL** : : |
| Defendants. | : |

Defendants, Keith Caven and Snapt, Inc. f/n/a as Web Rent Pro, Inc., a Florida corporation ("Defendants"), removes this civil action from the 298th Judicial District Court of Dallas County, Texas to the United States District Court for the Northern District of Texas, Dallas Division, pursuant to 15 U.S.C. §§ 1116, 1121, 1125; 28 U.S.C. §§ 1331, 1441 and 1446;

and Local Rule CV-81 of the Local Rules for the United States District Court for the Northern District of Texas.

## I. JURISDICTION

1.      This Court has subject matter over this action pursuant to 15 U.S.C. §§ 1116 and 1121 and 28 U.S.C. § 1331 as Plaintiff has made allegations in its petition regarding the Lanham Act cited as 15 U.S.C. § 1116 and § 1125.

## II. GROUNDS FOR REMOVAL

2.      The removal of this action is based upon federal question jurisdiction, apparent from Plaintiff's Petition and Application for Temporary Injunction ("Plaintiff's Petition") or asserted by counsel in good faith upon information and belief, but the allegations in Plaintiff's Petition are advanced here solely for the purposes of this removal and without admission of their truth or validity.  A certified copy of the Plaintiff's Petition is attached hereto as Exhibit C1 and is incorporated by reference.

3.      On or about October 25, 2007, a civil action was filed against Defendants in the 298th Judicial District Court of Dallas County, Texas styled *Ellipse Communications, Inc. v. Keith Caven and Snapt, Inc. f/n/a as Web Rent Pro, Inc., a Florida corporation, Defendants,* Cause No. 07-12665-M.  Plaintiff's Petition was served upon *Keith Caven, personally and as service agent for Snapt, Inc. f/n/a as Web Rent Pro, Inc., a Florida corporation, Defendants* on October 29, 2007, a certified copy of the citations and the returns are attached hereto as Exhibits C4 and C5.

4.      Plaintiff sued Defendants for Common Law Trademark Infringement, Unfair Competition, and Misappropriation, State Trademark Infringement, State Trademark Dilution, Federal Unfair Competition, False Representation and Designation of Origin and Application for Temporary Injunction.  Plaintiff's Petition include allegations regarding the Lanham Act, 11 U.S.C. § 1116 and § 1125 at paragraphs 37-51.  *See* Exhibit C1.

5.     This Notice of Removal is timely filed within thirty (30) days after Defendant's receipt of Plaintiff's Original Petition.

6.     Plaintiff demanded a jury trial in the state court action.

7.     Defendants attach to this Notice of Removal the following documents as exhibits and incorporate them herein by reference, pursuant to L.R. CV-81 and 28 U.S.C. §§ 1446(a), 1447(b), and 1449:

> Exhibit "A" -- Index of All Documents;
> Exhibit "B" -- Certified Copy of the Docket Sheets of the State Court Action;
> Exhibit "C" -- Certified Copies of All Processed Pleadings and Orders in the State Court Action.

Defendants will promptly notify Plaintiff in writing of this removal and will promptly file a copy of this Notice of Removal with the Clerk of the 298th Judicial District Court of Dallas County, Texas.

Respectfully submitted,

COZEN O'CONNOR

Martin J. Sweeney
State Bar No. 19570550
Tim D. Haggard
State Bar No. 00792064

1717 Main Street
Suite 2300
Dallas, Texas 75201
(214) 462-3000
(214) 462-3299 (Telecopy)

**ATTORNEYS FOR DEFENDANTS, KEITH CAVEN and SNAPT, INC. f/n/a as WEB RENT PRO, INC., a Florida corporation**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via Certified Mail, Return Receipt Requested on this 16th day of November 2007 to:

Barbara L. Emerson
Bellinger & DeWolf, L.L.P.
10000 N. Central Expressway
Suite 900
Dallas, Texas  75231
214/954-9540
214/954-9541 facsimile

Tim D. Haggard

DALLAS\269082\1  099994.000

**NOTICE OF REMOVAL**                                4



**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ELLIPSE COMMUNICATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| KEITH CAVEN and SNAPT, INC. f/n/a as | § | |
| WEB RENT PRO, INC., a Florida | § | |
| corporation, | § | |
| | § | |
| Defendants. | § | |

## EXHIBIT A

## INDEX OF ALL DOCUMENTS

1.     Plaintiff's Petition and Application for Temporary Injunction, Filed October 25, 2007;

2.     Letter to Dallas County District Clerk Gary Fitzsimmons, From Barbara L. Emerson of Bellinger & DeWolf, L.L.P. Filed October 25, 2007;

3.     Order Setting Hearing Date Signed by Judge Emily A. Tobowsky on October 25, 2007;

4.     Notice to Show Cause Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Keith Caven;

5.     Notice to Show Cause Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Snapt, Inc. f/k/a Web Rent Pro, Inc.;

6.     Citation Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Keith Caven;

7.     Citation Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Snapt, Inc. f/k/a Web Rent Pro, Inc.

DALLAS\269555\1  215337.000

**EXHIBIT A – INDEX OF ALL DOCUMENTS – Page 1**



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| ELLIPSE COMMUNICATIONS, INC., | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| vs. | § | CIVIL ACTION NO._____ |
| | § | |
| KEITH CAVEN and SNAPT, INC. f/n/a as | § | |
| WEB RENT PRO, INC., a Florida | § | |
| corporation, | § | |
| | § | |
| Defendants. | § | |

## EXHIBIT B

1.    Certified Copy of District Clerk's Docket Sheet of the State Court Action.

2.    Certified Copy of the Judge's Docket Sheet of the State Court Action.

DALLAS\269710\1 215337.000

**EXHIBIT B– Page 1**





# CASE SUMMARY
## CASE NO. DC-07-12665

| | | |
|---|---|---|
| **ELLIPSE COMMUNICATIONS INC** | § | Location: **298th District Court** |
| vs. | § | Judicial Officer: **TOBOLOWSKY, EMILY** |
| **KEITH CAVEN, et al** | § | Filed on: **10/25/2007** |
| | § | |

---

### CASE INFORMATION

Case Type: **OTHER (CIVIL)**
Sub Type: **INJUNCTION**

---

### PARTY INFORMATION

| | | Lead Attorneys | |
|---|---|---|---|
| **PLAINTIFF** | **ELLIPSE COMMUNICATIONS INC** | **EMERSON, BARBARA L** *Retained* | 214-954-9540 |
| **DEFENDANT** | **CAVEN, KEITH** | | |
| | **SNAPT INC FKA WEB RENT PRO INC** | | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 10/25/2007 | ORIGINAL PETITION (OCA) | |
| 10/25/2007 | ISSUE NOTICE | |
| 10/25/2007 | ISSUE CITATION | |
| 10/25/2007 | **CITATION**<br>CAVEN, KEITH  served  10/29/2007<br>SNAPT INC FKA WEB RENT PRO INC served  10/29/2007<br>*2 - ATTY* | |
| 10/25/2007 | **NOTICE**<br>CAVEN, KEITH  served  10/29/2007<br>SNAPT INC FKA WEB RENT PRO INC served  10/29/2007<br>*2 - ATTY* | |
| 10/25/2007 | ORDER - MISC.<br><br>*O/SETTING HEARING* | *Vol./Book 304M, Page108, 1 pages* |
| 12/12/2007 | **Temporary Injunction (8:30 AM)**  (Judicial Officer: TOBOLOWSKY, EMILY) | |

---

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **PLAINTIFF**  ELLIPSE COMMUNICATIONS INC<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of  11/15/2007** | 249.00<br>249.00<br>**0.00** |
| 10/25/2007 | Charge | PLAINTIFF ELLIPSE COMMUNICATIONS INC | 217.00 |
| 10/25/2007 | Charge | PLAINTIFF ELLIPSE COMMUNICATIONS INC | 32.00 |
| 10/25/2007 | PAYMENT (CASE FEES) | Receipt # 61355-2007-DCLK | PLAINTIFF ELLIPSE COMMUNICATIONS INC | (233.00) |
| 10/25/2007 | PAYMENT | Receipt # 61357-2007-DCLK | PLAINTIFF ELLIPSE | (16.00) |

*Printed on 11/15/2007 at 12:43 PM*

# CASE SUMMARY
## CASE NO. DC-07-12665

(CASE FEES)                                          COMMUNICATIONS INC



## JUDGE'S DOCKET,

Action: _____     Filing: _____     No. _____

| PARTIES | ATTORNEYS |
|---|---|



Barbara L. Emerson
SBN. # 06599400
10000 N. Central Expwy #900
Dallas, TX 75231
214-954-9540
214-954-9541 f

**DC – 07 – 12665**
Filed: 10/25/2007

| OTHER (CIVIL) | 298th District Court |
|---|---|

ELLIPSE COMMUNICATIONS INC vs. KEITH CAVEN

| Plaintiff | Lead Attorney |
|---|---|
| ELLIPSE COMMUNIC | EMERSON, BARBARA |

| Defendant | Lead Attorney |
|---|---|
| CAVEN, KEITH | |

| JURY DEMAND DATE | DATE GIVEN | TO | SETTINGS | DATE SET | TIME | DATE GIVEN | TO | SETTINGS | DATE SET | TIME |
|---|---|---|---|---|---|---|---|---|---|---|
| FEE PAID BY | VOL. | PAGE | | | | | | | | |
| REPORTED HEARING | | | | | | | | | | |
| DATE | WIT. | EX. | RPTR | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

DISPOSITION
- To 1st court ☐
- To another county ☐
- DWOP ☐
- Nonsuit ☐
- Default ☐
- Agreed Jgt ☐
- Summary Jgt ☐
- Exparte Jgt ☐
- Nonjury trial ☐
- Jury verdict ☐
- Dir verd or NOV ☐
- Other disposition ☐

JURY ACTIVITY
- Voir dire _____
- Jury sworn _____
- Introductory _____
- Material _____
- Hung jury _____
- Directed _____
- Verdict _____

10-25-7   01 Set Hearing        304m08        C-PH



**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

ELLIPSE COMMUNICATIONS, INC.,  §
§
      Plaintiff,  §
§
vs.  §      CIVIL ACTION NO._____
§
KEITH CAVEN and SNAPT, INC. f/n/a as  §
WEB RENT PRO, INC., a Florida  §
corporation,  §
§
      Defendants.  §

## EXHIBIT C

Certified Copies of all Processed Pleadings and Orders in state court action.

1. Plaintiff's Petition and Application for Temporary Injunction, Filed October 25, 2007;

2. Letter to Dallas County District Clerk Gary Fitzsimmons, From Barbara L. Emerson of Bellinger & DeWolf, L.L.P. Filed October 25, 2007;

3. Order Setting Hearing Date Signed by Judge Emily A. Tobowsky on October 25, 2007;

4. Citation Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Keith Caven;

5. Citation Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Snapt, Inc. f/k/a Web Rent Pro, Inc.

6. Notice to Show Cause Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Keith Caven;

7. Notice to Show Cause Signed by Jo Ann Gardner, Deputy on October 25, 2007; and Affidavit of Service Filed on November 5, 2007 regarding Snapt, Inc. f/k/a Web Rent Pro, Inc.

DALLAS\269711\1 215337.000

**EXHIBIT C – Page 1**



80000 SERIES
30% P.C.W.

RECYCLED

Form 375—NOTICE TO SHOW CAUSE

No. **DC-07-12665**

SUIT PENDING IN THE DISTRICT COURT OF DALLAS COUNTY, TEXAS

**ELLIPSE COMMUNICATIONS INC**

**VS.**

**KEITH CAVEN, AND SNAPT, INC. F/K/A WEB RENT PRO, INC.**

# THE STATE OF TEXAS

To: SNAPT, INC. F/K/A WEB RENT PRO, INC., BY SERVING ITS REGISTERED AGENT, KEITH M. CAVEN

YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE THE HONORABLE JUDGE OF THE **298TH DISTRICT COURT** OF TEXAS, at the Courthouse in Dallas, Texas, on

**DECEMBER 12TH, 2007 AT 8:30 A.M.**

THEN AND THERE TO SHOW CAUSE, if any, WHY **THE TEMPORARY INJUNCTION PRAYED FOR IN PLAINTIFF'S PETITION SHOULD NOT BE GRANTED.**

Herein Fail Not, but of this writ, and how you have executed the same, make due return.

WITNESS: GARY FITZSIMMONS, Clerk of the District Court of Dallas County, Texas.

Given under my hand and seal of office, at Dallas, **ON THIS THE 25TH DAY OF OCTOBER, 2007.**

Attest:      GARY FITZSIMMONS
Clerk, District Courts, Dallas County, Texas

JO ANN GARDNER
_____, Deputy.

**CAUSE NO. DC-07-12665**

| | | |
|---|---|---|
| **ELLIPSE COMMUNICATIONS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| **VS.** | § | |
| **KEITH CAVEN and SNAPT, INC. f/n/a/ AS** | § | **298TH JUDICIAL DISTRICT** |
| **WEB RENT PRO, INC., a Florida** | § | |
| **Corporation** | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## AFFIDAVIT OF SERVICE

Came to hand on **Friday, October 26, 2007 at 4:54 PM,**
Executed at: **300 REUNION BOULEVARD, DALLAS, TEXAS 75207**
within the county of **DALLAS** at **12:59 PM, on Monday, October 29, 2007,**
by delivering to the within named:

### SNAPT, INC. F/K/A WEB RENT PRO, INC.

By delivering to its' **Registered Agent, KEITH M. CAVEN**
Each, in person a true copy of this

### NOTICE TO SHOW CAUSE and ORDER SETTING HEARING DATE

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Adil Tadli**

Of: **Dallas County**

By:

Authorized Person - SC1206

Given under my hand and seal of office on this **5TH** day of November, 2007.

Notary Public in and for The State of Texas



GREG BENEFIELD .
Notary Public, State of Texas
My Commission Exp. 12-27-2009




RECYCLED
80000 SERIES
30% P.C.W.

Form 375—NOTICE TO SHOW CAUSE

No. __DC-07-12665__

SUIT PENDING IN THE DISTRICT COURT OF DALLAS COUNTY, TEXAS

KEITH CAVEN, AND SNAPT, INC. F/K/A WEB RENT PRO, INC.

__VS.__

__ELLIPSE COMMUNICATIONS INC__

# THE STATE OF TEXAS

To: __KEITH CAVEN__

YOU ARE HEREBY COMMANDED TO BE AND APPEAR BEFORE THE HONORABLE JUDGE OF THE __298TH DISTRICT COURT__ OF TEXAS, at the Courthouse in Dallas, Texas, on

__DECEMBER 12TH, 2007 AT 8:30 A.M.__

THEN AND THERE TO SHOW CAUSE, if any, WHY __THE TEMPORARY INJUNCTION PRAYED FOR IN PLAINTIFF'S PETITION SHOULD NOT BE GRANTED.__

Herein Fail Not, but of this writ, and how you have executed the same, make due return.

WITNESS: GARY FITZSIMMONS, Clerk of the District Court of Dallas County, Texas.

Given under my hand and seal of office, at Dallas, __ON THIS THE 25TH DAY OF OCTOBER, 2007.__

Attest:     GARY FITZSIMMONS
            Clerk, District Courts, Dallas County, Texas

__JO ANN GARDNER__

_____Deputy.

**CAUSE NO. <u>DC-07-12665</u>**

| | | |
|---|---|---|
| ELLIPSE COMMUNICATIONS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | 298TH JUDICIAL DISTRICT |
| KEITH CAVEN and SNAPT, INC. f/n/a/ AS | § | |
| WEB RENT PRO, INC., a Florida | § | |
| Corporation | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Friday, October 26, 2007 at 4:54 PM,**
Executed at: **300 REUNION BOULEVARD, DALLAS, TEXAS 75207**
within the county of **DALLAS** at 12:59 PM, on **Monday, October 29, 2007,**
by delivering to the within named:

### KEITH  CAVEN

Each, in person a true copy of this

### NOTICE TO SHOW CAUSE and ORDER SETTING HEARING DATE

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Adil Tadli**

Of:   **Dallas County**

By:

Authorized Person - SC1206

Given under my hand and seal of office on this 5TH day of November, 2007.

Notary Public in and for The State of Texas



GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2009



80000 SERIES
30% P.C.W.

RECYCLED

# FORM NO. 353-3 - CITATION

## THE STATE OF TEXAS

**ATTY**

**CITATION**

No.: <u>DC-07-12665</u>

**ELLIPSE COMMUNICATIONS INC**

vs.

**KEITH CAVEN, ETAL**

**ISSUED**
**on this the 25th day of October, 2007**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

By JO ANN GARDNER, Deputy

Attorney for Plaintiff

**BARBARA L EMERSON**
**BELLINGER & DEWOLF L L P**
**10000 N CENTRAL EXPWY STE 900**
**DALLAS, TX 75231**
**214/954-9540**

**To:**

SNAPT, INC. F/K/A WEB RENT PRO, INC.
BY SERVING ITS REGISTERED AGENT, KEITH M. CAVEN
3251 PROGRESS DRIVE SUITE A
ORLANDO, FL 32826

GREETINGS:

You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S PETITION AND APPLICATION FOR TEMPORARY INJUNCTION** petition, a default judgment may be taken against you. Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ELLIPSE COMMUNICATIONS, INC.**

Filed in said Court **on this the 25th day of October, 2007** against

**KEITH CAVEN, ETAL**

For suit, said suit being numbered <u>DC-07-12665</u>, the nature of which demand is as follows: Suit On OTHER (CIVIL) etc. as shown on said petition, a copy of which accompanies this citation. If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.
Given under my name and the Seal of said Court at office on this **25th day of October, 2007**

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas

By _____
JO ANN GARDNER
_____ Deputy

CAUSE NO. <u>DC-07-12665</u>

| | | |
|---|---|---|
| ELLIPSE COMMUNICATIONS, INC. | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| Plaintiff(s), | § | |
| VS. | § | |
| KEITH CAVEN and SNAPT, INC. f/n/a/ AS | § | 298TH JUDICIAL DISTRICT |
| WEB RENT PRO, INC., a Florida | § | |
| Corporation | § | |
| Defendant(s). | § | DALLAS COUNTY, TEXAS |

## AFFIDAVIT OF SERVICE

Came to hand on **Friday, October 26, 2007 at 4:54 PM,**
Executed at: **300 REUNION BOULEVARD, DALLAS, TEXAS 75207**
within the county of DALLAS at 12:59 PM, on **Monday, October 29, 2007,**
by delivering to the within named:



### SNAPT, INC. F/K/A WEB RENT PRO, INC.

By delivering to its' **Registered Agent, KEITH M. CAVEN**
Each, in person a true copy of this

## CITATION and PLAINTIFF'S PETITION AND APPLICATION FOR TEMPORARY INJUNCTION WITH EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli.** I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Adil Tadli**
_____

Of:   **Dallas County**
_____

By:
_____
Authorized Person - SC1206

**Given under my hand and seal of office on this 5TH day of November, 2007.**

_____
**Notary Public in and for The State of Texas**

GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2009



# FORM NO. 353-3 - CITATION

# THE STATE OF TEXAS

**To:**
**KEITH CAVEN**
**3251 PROGRESS DRIVE SUITE A**
**ORLANDO, FL 32826**

GREETINGS:

You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10 o'clock a.m. of the Monday next following the expiration of twenty days after you were served this citation and **PLAINTIFF'S PETITION AND APPLICATION FOR TEMPORARY INJUNCTION** petition, a default judgment may be taken against you.   Your answer should be addressed to the clerk of the **298th District Court** at 600 Commerce Street, Dallas, Texas 75202.

Said Plaintiff being **ELLIPSE COMMUNICATIONS, INC.**

Filed in said Court **on this the 25th day of October, 2007** against

**KEITH CAVEN, ETAL**

For suit, said suit being numbered **DC-07-12665**, the nature of which demand is as follows:

Suit On OTHER (CIVIL), etc. as shown on said petition, a copy of which accompanies this citation.   If this citation is not served, it shall be returned unexecuted.

WITNESS: GARY FITZSIMMONS, Clerk of the District Courts of Dallas, County Texas.

Given under my name and the Seal of said Court at office on this **25th day of October, 2007**

By _____, Deputy

ATTEST: GARY FITZSIMMONS
Clerk of the District Courts of Dallas, County, Texas
**JO ANN GARDNER**

---

**ATTY**

# CITATION

No.: **DC-07-12665**

**ELLIPSE COMMUNICATIONS INC**
**vs.**
**KEITH CAVEN, ETAL**

**ISSUED**
**on this the 25th day of October, 2007**

By **JO ANN GARDNER, Deputy**

GARY FITZSIMMONS
Clerk District Courts,
Dallas County, Texas

Attorney for Plaintiff

**BARBARA L EMERSON**
**BELLINGER & DEWOLF L L P**
**10000 N CENTRAL EXPWY STE 900**
**DALLAS, TX 75231**
**214/954-9540**

DALLAS COUNTY CONSTABLE

FEES
PAID

FEES NOT
PAID

## CAUSE NO. <u>DC-07-12665</u>

| | | |
|---|---|---|
| **ELLIPSE COMMUNICATIONS, INC.** | § | **IN THE DISTRICT COURT** |
| | § | |
| | § | |
| **Plaintiff(s),** | § | |
| VS. | § | **298TH JUDICIAL DISTRICT** |
| **KEITH CAVEN and SNAPT, INC. f/n/a/ AS** | § | |
| **WEB RENT PRO, INC., a Florida** | § | |
| **Corporation** | § | |
| **Defendant(s).** | § | **DALLAS COUNTY, TEXAS** |

## <u>AFFIDAVIT OF SERVICE</u>

Came to hand on **Friday, October 26, 2007 at 4:54 PM,**
Executed at: **300 REUNION BOULEVARD, DALLAS, TEXAS 75207**
within the county of **DALLAS** at 12:59 PM, on Monday, October 29, 2007,
by delivering to the within named:

### KEITH  CAVEN

Each, in person a true copy of this

## CITATION and PLAINTIFF'S PETITION AND APPLICATION FOR TEMPORARY INJUNCTION WITH EXHIBITS

having first endorsed thereon the date of the delivery.

**BEFORE ME,** the undersigned authority, on this day personally appeared **Adil Tadli** who after being duly sworn on oath states: "My name is **Adil Tadli**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I am familiar with the Texas Rules of Civil Procedure, and the Texas Practice and Remedies Codes as they apply to service of process. I have never been convicted of a felony or of a misdemeanor involving moral turpitude."

**Adil Tadli**

Of:  **Dallas County**

By:  _____
Authorized Person - SC1206

**Given under my hand and seal of office on this 5TH day of November, 2007.**

_____
**Notary/Public in and for The State of Texas**

GREG BENEFIELD
Notary Public, State of Texas
My Commission Exp. 12-27-2009



80000 SERIES
30% P.C.W.
RECYCLED

**ORIGINAL**

CAUSE NO. _07-12665-m_

| | | |
|---|---|---|
| ELLIPSE COMMUNICATIONS, INC., | § | IN THE DISTRICT COURT |
| | § | |
| Plaintiff, | § | 304m |
| | § | |
| v. | § | DALLAS COUNTY, TEXAS |
| | § | |
| KEITH CAVEN and SNAPT, INC. f/n/a | § | |
| as WEB RENT PRO, INC., a Florida | § | |
| corporation, | § | |
| | § | M-298 |
| Defendants. | § | _____ JUDICIAL DISTRICT |

## ORDER SETTING HEARING DATE

ON THIS DAY, Ellipse Communications, Inc., Plaintiff, presented an application for temporary injunction in due form and manner.

ACCORDINGLY, IT IS ORDERED that the hearing on Plaintiff's application for temporary injunction is set for _12 th Dec_ at _8:30_ o'clock _A_.m. in the courtroom of the _298_ Judicial District Court, Geo. L. Allen, Sr. Courts Bldg., 600 Commerce, New Tower in Dallas, Texas.

IT IS FURTHER ORDERED that the clerk of this Court issue notice for service on the Defendants KEITH CAVEN and SNAPT, Inc., f/n/a WEB RENT PRO, INC., a Florida corporation notifying them of the time and place of the hearing, and commanding them to appear and show cause why the temporary injunction prayed for in Plaintiff's Petition should not be granted.

SIGNED on _October 25, 2007_ .

_Emily A. Tobolowsky_
JUDGE PRESIDING